JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAPING CHANG,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>D1 JOYSON SAFETY SYSTEMS ACQUISITION LLC, et al.,<br>　　　Defendants. | CV 24-3097 DSF (AS)<br><br>Order DISMISSING Action for Failing to File a Complete Request to Proceed In Forma Pauperis or Pay Filing Fee |

　　All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1).

　　On May 2, 2024, the Court postponed ruling on Plaintiff's request to proceed in forma pauperis ("Request") because it was incomplete. (Dkt 8). The Court directed Plaintiff to either: (1) refile a fully completed Request and a one-page statement; or (2) pay the full filing fee. (Id.). The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. (Id.).

　　To date, Plaintiff has not responded to the Court's Order.

///

///

///

///

Accordingly, this action is DISMISSED without prejudice. <u>See, e.g.,</u> <u>Roberts v. Soc. Sec. Dep't</u>, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish <u>in forma pauperis</u> status and does not pay required filing fee).

IT IS SO ORDERED.

Date: June 25, 2024

_____
Dale S. Fischer
United States District Judge